UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 15–80355**
**Chapter: 11**

**FILED**
Apr. 15, 2015
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   American Natural Resources, LLC
   4121 S. Sheridan Ave.
   Tulsa, OK 74145

Social Security No.:

Employer's Tax I.D. No.:
   41–2146913

   Hearing Set (RE: related document(s)3 Application to Employ McDonald, McCann, Metcalf & Carwile, LLP as Counsel for Debtor filed by Debtor American Natural Resources, LLC, 4 Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Initial Report Required by US Trustee filed by Debtor American Natural Resources, LLC and 5 Motion for Order Authorizing Continued Use of Existing Bank Accounts, Checks, and Business Forms filed by Debtor American Natural Resources, LLC). Hearing to be held on 4/22/2015 at 09:00 AM Courtroom 215, U.S. Post Office & Courthouse, 4th & Grand Okmulgee OK 74447. (Clark, Tina)

Dated: 4/15/15

**Therese Buthod, Clerk**
**U.S. Bankruptcy Court**