# Notice Recipients

District/Off: 1086–7     User: tina     Date Created: 4/15/2015
Case: 15–80355     Form ID: AdmClkBK     Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr    No Trustee
                                                                                                                                                   TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust   Office of the United States Trustee   USTPRegion20.TU.ECF@usdoj.gov
aty   Chad J. Kutmas   ckutmas@mmmsk.com
                                                                                                                                                     TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         American Natural Resources, LLC    4121 S. Sheridan Ave.    Tulsa, OK 74145
1682802    Addison Group    7076 Solutions Center    Chicago, IL 60677–7000
1682803    Borets Weatherford    P.O. Box 203739    Houston, TX 77216–3739
1682804    Canadian Valley Electric Coop    P.O. Box 269080    Oklahoma City, OK 73126–9080
1682805    Elynx Technologies, LLC    Dept. 243    P.O. Box 21228    Tulsa, OK 74121–1228
1682806    Ginette Overall    1714 E. 35th Street    Tulsa, OK 74105
1682807    Graydon D. Luthey, Jr.    Gable &Gotwals    1100 ONEOK Plaza    100 West Fifth Street    Tulsa, OK 74103–4217
1682808    IHS Global, Inc.    P.O. Box 847193    Dallas, TX 75284–7193
1682809    Internal Revenue Service    55 N. Robison Ave.    Oklahoma City, OK 73102
1682910    Internal Revenue Service    POB 7346    Philadelphia PA 19101–7346
1682810    LODA OKLA, LLC/Victoria Time Corp    363 N. Sam Houston Pkwy E., Suite 1100    Houston, TX 77060
1682811    Madron Welding Services    P.O. Box 1253    Wewoka, OK 74884
1682812    Magnum–Loda    2806 Broce Drive    Norman, OK 73072
1682813    Mahaffey &Gore    300 N.E. First Street    Oklahoma City, OK 73104
1682814    OG    PO Box 321    Oklahoma City, OK 73101
1682815    Oklahoma Tax Commission    440 S. Houston Ave.    Tulsa, OK 74127
1682816    Power Ready    4121 S. Sheridan    Tulsa, OK 74145
1682817    Wellkeeper    P.O. Box 670367    Dallas, TX 75267
                                                                                                                                                      TOTAL: 18